AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  **For the District of Delaware**  on the following

☐ Trademarks or ☑ Patents ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>4/21/2014 | U.S. DISTRICT COURT<br>For the District of Delaware |
|---|---|---|
| PLAINTIFF<br>FOREST LABORATORIES, INC., et al | | DEFENDANT<br>AMNEAL PHARMACEUTICALS LLC, et al |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,061,703 | 10/29/1991 | Merz Pharma GmbH & Co. KGaA |
| 2 | 8,039,009 B2 | 10/18/2011 | Forest Laboratories Holdings, Ltd. |
| 3 | 6,168,209 B2 | 5/1/2012 | Adamas Pharmaceuticals, Inc. |
| 4 | 8,173,708 B2 | 5/8/2012 | Adamas Pharmaceuticals, Inc. |
| 5 | 8,283,379 B2 | 10/9/2012 | Adamas Pharmaceuticals, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

## ADDENDUM TO AO 120 (ADDITIONAL PATENTS)

| DOCKET NO | DATE FILED 4/21/2014 | U.S. DISTRICT COURT For the District of Delaware |
|---|---|---|
| PLAINTIFF FOREST LABORATORIES, INC., et al. | | DEFENDANT AMNEAL PHARMACEUTICALS LLC, et al. |

| | PATENT OR TRADEMARK NO | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | 8,329,752 B2 | 12/11/2012 | Adamas Pharmaceuticals, Inc. |
| 7 | 8,362,085 B2 | 1/29/2013 | Adamas Pharmaceuticals, Inc. |
| 8 | 8,598,233 B2 | 12/3/2013 | Adamas Pharmaceuticals, Inc. |
| 9 | | | |
| 10 | | | |